Case 10-12282-TPA    Doc 93    Filed 10/14/14    Entered 10/14/14 15:34:52    Desc Main
                    Document          Page 1 of 1

FILED
10/14/14 2:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 10-12282
   FRANK A. SCHLOSSER and :
   PRISCILLA F. SCHLOSSER, :
         Debtors : CHAPTER 13
--------------------------------------------------- :
FRANK A. SCHLOSSER and :
PRISCILLA F. SCHLOSSER, :
         Movants : Related to Document No. 92
      vs. :
  :
PNC BANK, :
         Respondent :

### ORDER

AND NOW, this  14th  day of    October   , 2014, upon consideration of the foregoing, is hereby **ORDERED**, **ADJUDGED**, and **DECREED**, that the payment for the claim of the Respondent in Claim No. 3 shall remain at $116.01 per month pursuant to the confirmed Chapter 13 plan, and that so long as this payment is adequate to cover the monthly payment required by Respondent, for said claim, Respondent is excluded from the need to file Notice of Mortgage Payment Change requiring the Debtor to respond thereto. If the monthly payments exceed $116.01 per month, currently set forth in the plan, Respondent shall resume its filing of Notices or Mortgage Payment Change and Movants will resume Responses thereto.

_____
Honorable Thomas P. Agresti

jlm